ERIC J. NIMS TRUSTEE
P.O. BOX 873
LINDEN, CA  95236
209-887-3585

UNITED STATES BANKRUPTCY COURT
EASTERN DISTICTCALIFORNIA   DISTRICT OF  CA
SACRAMENTO   DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| FOUR PHASE ENERGY | § | Case No. 17-27596 |
| CORPORATION, A CA | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ERIC J. NIMS TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,005.00                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,718.50         Claims Discharged
                                                    Without Payment:  NA

Total Expenses of Administration:  691.36

---

3) Total gross receipts of $ 2,409.86  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 2,409.86  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 691.36 | 691.36 | 691.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,736.56 | 1,736.56 | 1,718.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,315.06 | 80,395.52 | 80,395.52 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 72,315.06 | $ 82,823.44 | $ 82,823.44 | $ 2,409.86 |

4) This case was originally filed under chapter 7 on 11/17/2017 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2019　　　　　　By:/s/ERIC J. NIMS TRUSTEE
　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH | 1129-000 | 317.84 |
| INSURANCE POLICIES--state contractors license bond | 1229-000 | 72.60 |
| INSURANCE POLICIES--workers comp refund | 1229-000 | 2,019.42 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,409.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ERIC J. NIMS TRUSTEE | 2100-000 | NA | 602.47 | 602.47 | 602.47 |
| TRUSTEE EXPENSES:ERIC J. NIMS TRUSTEE | 2200-000 | NA | 18.89 | 18.89 | 18.89 |
| ASSOCIATED BANK | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 691.36 | $ 691.36 | $ 691.36 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AEE SOLAR, INC. | | 0.00 | NA | NA | 0.00 |
| | BANK OF AMERICA | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BRIAN HURD | | 0.00 | NA | NA | 0.00 |
| | JOEL GILDEA | | 0.00 | NA | NA | 0.00 |
| | KELLY LINVILLE | | 0.00 | NA | NA | 0.00 |
| | MECHANICS BANK | | 0.00 | NA | NA | 0.00 |
| | MELEAH CORDERO | | 0.00 | NA | NA | 0.00 |
| | MICHAEL A. KANE | | 0.00 | NA | NA | 0.00 |
| | MICHAEL DELA PENA | | 0.00 | NA | NA | 0.00 |
| | PHILIP BURKE | | 0.00 | NA | NA | 0.00 |
| | RUSTY EVERETT | | 0.00 | NA | NA | 0.00 |
| | STEVE GEIGER | | 0.00 | NA | NA | 0.00 |
| 000003 | FRANCHISE TAX BOARD | 5200-000 | NA | 784.71 | 784.71 | 776.55 |
| 000004 | INTERNAL REVENUE SERVICE | 5200-000 | NA | 951.85 | 951.85 | 941.95 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 1,736.56 | $ 1,736.56 | $ 1,718.50 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN CONTRACTORS INDEMNITY COMP | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 40,465.74 | 41,513.77 | 41,513.77 | 0.00 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 20,852.30 | 21,436.58 | 21,436.58 | 0.00 |
| 000002 | SOLIGENT | 7100-000 | 10,997.02 | 10,672.94 | 10,672.94 | 0.00 |
| 000001 | STATE COMPENSATION INSURANCE FUND | 7100-000 | NA | 6,772.23 | 6,772.23 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 72,315.06 | $ 80,395.52 | $ 80,395.52 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 17-27596 M | Judge: MICHAEL S. MCMANUS | Trustee Name: | ERIC J. NIMS TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOUR PHASE ENERGY CORPORATION, A CA | | Date Filed (f) or Converted (c): | 11/17/17 (f) |
| | | | 341(a) Meeting Date: | 12/18/17 |
| For Period Ending: | 02/06/19 | | Claims Bar Date: | 03/19/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 317.84 | 317.84 | | 317.84 | FA |
| 2. RAW MATERIALS | 2,700.00 | 2,700.00 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT | 55.00 | 55.00 | | 0.00 | FA |
| 4. TRAILER | Unknown | 0.00 | | 0.00 | FA |
| 5. TRAILER | Unknown | 0.00 | | 0.00 | FA |
| 6. MISC. HAND TOOLS | 100.00 | 100.00 | | 0.00 | FA |
| 7. PALLET JACK | 150.00 | 150.00 | | 0.00 | FA |
| 8. FOURPHASEENERGY.COM PATENT | Unknown | 0.00 | | 0.00 | FA |
| 9. 4PHASEENERGY.COM PATENT | Unknown | 0.00 | | 0.00 | FA |
| 10. SUNPHASEENERGY.COM | Unknown | 0.00 | | 0.00 | FA |
| 11. MYSOLARMINUTE.COM PATENT | Unknown | 0.00 | | 0.00 | FA |
| 12. cONTRACTORS LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 13. CUSTOMER LIST | 0.00 | 0.00 | | 0.00 | FA |
| 14. TELEPHONE NUMBER 916-788-8430 | Unknown | 0.00 | | 0.00 | FA |
| 15. TELEPHONE NUMBER 916-741-2076 | Unknown | 0.00 | | 0.00 | FA |
| 16. INSURANCE POLICIES--state contractors license bond (u) | 0.00 | 72.60 | | 72.60 | FA |
| 17. INSURANCE POLICIES--workers comp refund (u) | 0.00 | 2,019.42 | | 2,019.42 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $3,322.84 | $5,414.86 | | $2,409.86 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/18/17: Debtor's attorney advises debtor received 3 miscellaneous checks totalling +/-$2,400. Trustee directs debtor

Filed 03/08/19                          Case 17-27596                                      Doc 17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 17-27596    M    Judge: MICHAEL S. MCMANUS | Trustee Name: | ERIC J. NIMS TRUSTEE |
| Case Name: | FOUR PHASE ENERGY CORPORATION, A CA | Date Filed (f) or Converted (c): | 11/17/17 (f) |
| | | 341(a) Meeting Date: | 12/18/17 |
| | | Claims Bar Date: | 03/19/18 |

to send checks and the $300 remaining in debtor's bank accounts to trustee.

3/21/18:  Trustee begins work on TFR.

6/1/18:  Claims review.

9/5/18:  Trustee finishes TFR.

Initial Projected Date of Final Report (TFR): 06/30/19        Current Projected Date of Final Report (TFR): 06/30/19

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-27596 -M | Trustee Name: | ERIC J. NIMS TRUSTEE |
|---|---|---|---|
| Case Name: | FOUR PHASE ENERGY CORPORATION, A CA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3657 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2936 | | |
| For Period Ending: | 02/06/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/18 | 16 | Licensed Contractors Insurance Agency | INSURANCE | 1229-000 | 72.60 | | 72.60 |
| 01/09/18 | 17 | State Compensation Insurance Fund | INSURANCE | 1229-000 | 2,019.42 | | 2,092.02 |
| 01/09/18 | 1 | A CA FOUR PHASE ENERGY CORPORATION PO BOX 1498 ROCKLIN, CA 95677 | Excess Bank Balance Bank balance at time of petition exceeds scheduled amount. | 1129-000 | 317.84 | | 2,409.86 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,399.86 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,389.86 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,379.86 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,369.86 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,359.86 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,349.86 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,339.86 |
| 12/19/18 | 300001 | ERIC J. NIMS TRUSTEE P.O. BOX 873 LINDEN, CA 95236 | Chapter 7 Compensation/Fees | 2100-000 | | 602.47 | 1,737.39 |
| 12/19/18 | 300002 | ERIC J. NIMS TRUSTEE P.O. BOX 873 LINDEN, CA 95236 | Chapter 7 Expenses | 2200-000 | | 18.89 | 1,718.50 |
| 12/19/18 | 300003 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Claim 000003, Payment 98.96013% FINAL DISTRIBUTION #5721 | 5200-000 | | 776.55 | 941.95 |
| 12/19/18 | 300004 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101-7317 | Claim 000004, Payment 98.95992% FINAL DISTRIBUTION #22290955 | 5200-000 | | 941.95 | 0.00 |

                                                                Page Subtotals        2,409.86        2,409.86

Ver: 21.00a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 17-27596 -M | Trustee Name: | ERIC J. NIMS TRUSTEE |
|---|---|---|---|
| Case Name: | FOUR PHASE ENERGY CORPORATION, A CA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3657 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2936 | | |
| For Period Ending: | 02/06/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,409.86 | 2,409.86 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,409.86 | 2,409.86 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,409.86 | 2,409.86 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******3657) | 2,409.86 | 2,409.86 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,409.86 | 2,409.86 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*